

11460 JOHNS CREEK PARKWAY
DULUTH, GA 30097

| EMPLOYEE | CHECK/VOUCHER | |
|---|---|---|
| Carl Cross<br>970 WINDY HILL RD<br>APT 16A<br>SMRYNA, GA 300800000 | Check #:<br>Check Date:<br>Period Ending: | DD0000000000000219584<br>2/15/2022<br>2/13/2022 |

| TAX WITHHOLDING DETAILS | | | |
|---|---|---|---|
| Fed Filing Status: HOH | | State Filing Status: | GA SINGLE |
| Fed Allowance: 0 | | State Allowance: | 0 |
| Fed Addl. Amt: $0.00 | | State Addl. Amt: | ($1.00) |

### EARNINGS/REIMBURSEMENTS

| DESCRIPTION | WK ENDING | PAY CODE | TAXABLE | RATE | CURR HRS | CURR | YTD |
|---|---|---|---|---|---|---|---|
| OT | 02/13/2022 | TOT | Y | $24.38 | 8.00 | $195.04 | $438.84 |
| REGULAR | 02/13/2022 | TREG | Y | $16.25 | 40.00 | $650.00 | $3,770.00 |
| No Bill Bonus | | NBBON | Y | $0.00 | 0.00 | $0.00 | $54.15 |
| HOLIDAY | | THOL | Y | $0.00 | 0.00 | $0.00 | $130.00 |

### TAX WITHHOLDINGS

| DESCRIPTION | CURR | YTD |
|---|---|---|
| FEDERAL | $70.85 | $297.84 |
| FICA OASDI | $52.40 | $272.37 |
| FICA MED | $12.25 | $63.70 |
| STATE GA | $0.00 | $0.00 |
| TOTAL WITHHOLDINGS | $135.50 | $633.91 |

### DEDUCTIONS

| DESCRIPTION | CURR | YTD |
|---|---|---|
| GARNP | $177.39 | $700.37 |
| TOTAL DEDUCTIONS | $177.39 | $700.37 |

**NET PAY:** $532.15

TRC
11460 JOHNS CREEK PARKWAY
DULUTH, GA 30097

| EMPLOYEE | CHECK/VOUCHER | |
|---|---|---|
| Carl Cross<br>970 WINDY HILL RD<br>APT 16A<br>SMRYNA, GA 300800000 | Check #:<br><br>Check Date:<br><br>Period Ending: | DD0000000000000222332<br><br>2/22/2022<br><br>2/20/2022 |

| TAX WITHHOLDING DETAILS | | | |
|---|---|---|---|
| Fed Filing Status: | HOH | State Filing Status: | GA  SINGLE |
| Fed Allowance: | 0 | State Allowance: | 0 |
| Fed Addl. Amt: | $0.00 | State Addl. Amt: | ($1.00) |

| EARNINGS/REIMBURSEMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | WK ENDING | PAY CODE | TAXABLE | RATE | CURR HRS | CURR | YTD |
| REGULAR | 02/20/2022 | TREG | Y | $16.25 | 28.00 | $455.00 | $4,225.00 |
| No Bill Bonus | | NBBON | Y | $0.00 | 0.00 | $0.00 | $54.15 |
| HOLIDAY | | THOL | Y | $0.00 | 0.00 | $0.00 | $130.00 |
| OT | | TOT | Y | $0.00 | 0.00 | $0.00 | $438.84 |

| TAX WITHHOLDINGS | | |
|---|---|---|
| DESCRIPTION | CURR | YTD |
| FEDERAL | $24.73 | $322.57 |
| FICA OASDI | $28.21 | $300.58 |
| FICA MED | $6.60 | $70.30 |
| STATE GA | $0.00 | $0.00 |
| TOTAL WITHHOLDINGS | $59.54 | $693.45 |

| DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURR | YTD |
| GARNP | $98.87 | $799.24 |
| TOTAL DEDUCTIONS | $98.87 | $799.24 |

NET PAY: $296.59



11460 JOHNS CREEK PARKWAY
DULUTH, GA 30097

| EMPLOYEE | CHECK/VOUCHER | |
|---|---|---|
| Carl Cross<br>970 WINDY HILL RD<br>APT 16A<br>SMRYNA, GA 300800000 | Check #:<br>Check Date:<br>Period Ending: | DD000000000000224502<br>3/1/2022<br>2/27/2022 |

| TAX WITHHOLDING DETAILS | | | |
|---|---|---|---|
| Fed Filing Status: | HOH | State Filing Status: | GA  SINGLE |
| Fed Allowance: | 0 | State Allowance: | 0 |
| Fed Addl. Amt: | $0.00 | State Addl. Amt: | ($1.00) |

| EARNINGS/REIMBURSEMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | WK ENDING | PAY CODE | TAXABLE | RATE | CURR HRS | CURR | YTD |
| REGULAR | 02/27/2022 | TREG | Y | $16.25 | 35.00 | $568.76 | $4,793.76 |
| No Bill Bonus | | NBBON | Y | $0.00 | 0.00 | $0.00 | $54.15 |
| HOLIDAY | | THOL | Y | $0.00 | 0.00 | $0.00 | $130.00 |
| OT | | TOT | Y | $0.00 | 0.00 | $0.00 | $438.84 |

| TAX WITHHOLDINGS | | |
|---|---|---|
| DESCRIPTION | CURR | YTD |
| FEDERAL | $37.69 | $360.26 |
| FICA OASDI | $35.26 | $335.84 |
| FICA MED | $8.24 | $78.54 |
| STATE GA | $0.00 | $0.00 |
| TOTAL WITHHOLDINGS | $81.19 | $774.64 |

| DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURR | YTD |
| GARNP | $121.89 | $921.13 |
| TOTAL DEDUCTIONS | $121.89 | $921.13 |

NET PAY: $365.68



11460 JOHNS CREEK PARKWAY
DULUTH, GA 30097

| EMPLOYEE | CHECK/VOUCHER | |
|---|---|---|
| Carl Cross<br>970 WINDY HILL RD<br>APT 16A<br>SMRYNA, GA 300800000 | Check #:<br>Check Date:<br>Period Ending: | DD000000000000227207<br>3/6/2022<br>3/6/2022 |

| TAX WITHHOLDING DETAILS | | | |
|---|---|---|---|
| Fed Filing Status: | HOH | State Filing Status: | GA  SINGLE |
| Fed Allowance: | 0 | State Allowance: | 0 |
| Fed Addl. Amt: | $0.00 | State Addl. Amt: | ($1.00) |

| EARNINGS/REIMBURSEMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | WK ENDING | PAY CODE | TAXABLE | RATE | CURR HRS | CURR | YTD |
| REGULAR | 03/06/2022 | TREG | Y | $16.25 | 39.75 | $645.94 | $5,439.70 |
| No Bill Bonus | | NBBON | Y | $0.00 | 0.00 | $0.00 | $54.15 |
| HOLIDAY | | THOL | Y | $0.00 | 0.00 | $0.00 | $130.00 |
| OT | | TOT | Y | $0.00 | 0.00 | $0.00 | $438.84 |

| TAX WITHHOLDINGS | | |
|---|---|---|
| DESCRIPTION | CURR | YTD |
| FEDERAL | $46.96 | $407.22 |
| FICA OASDI | $40.05 | $375.89 |
| FICA MED | $9.37 | $87.91 |
| STATE GA | $0.00 | $0.00 |
| TOTAL WITHHOLDINGS | $96.38 | $871.02 |

| DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURR | YTD |
| GARNP | $137.39 | $1,058.52 |
| TOTAL DEDUCTIONS | $137.39 | $1,058.52 |

| | |
|---|---|
| NET PAY: | $412.17 |

TRC
11460 JOHNS CREEK PARKWAY
DULUTH, GA 30097

| EMPLOYEE | CHECK/VOUCHER | |
|---|---|---|
| Carl Cross<br>970 WINDY HILL RD<br>APT 16A<br>SMRYNA, GA 300800000 | Check #:<br><br>Check Date:<br><br>Period Ending: | DD0000000000000229320<br><br>3/15/2022<br><br>3/13/2022 |

| TAX WITHHOLDING DETAILS | | | |
|---|---|---|---|
| Fed Filing Status: | HOH | State Filing Status: | GA SINGLE |
| Fed Allowance: | 0 | State Allowance: | 0 |
| Fed Addl. Amt: | $0.00 | State Addl. Amt: | ($1.00) |

| EARNINGS/REIMBURSEMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | WK ENDING | PAY CODE | TAXABLE | RATE | CURR HRS | CURR | YTD |
| REGULAR | 03/13/2022 | TREG | Y | $16.25 | 36.00 | $585.00 | $6,024.70 |
| No Bill Bonus | | NBBON | Y | $0.00 | 0.00 | $0.00 | $54.15 |
| HOLIDAY | | THOL | Y | $0.00 | 0.00 | $0.00 | $130.00 |
| OT | | TOT | Y | $0.00 | 0.00 | $0.00 | $438.84 |

| TAX WITHHOLDINGS | | |
|---|---|---|
| DESCRIPTION | CURR | YTD |
| FEDERAL | $39.64 | $446.86 |
| FICA OASDI | $36.27 | $412.16 |
| FICA MED | $8.48 | $96.39 |
| STATE GA | $0.00 | $0.00 |
| TOTAL WITHHOLDINGS | $84.39 | $955.41 |

| DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURR | YTD |
| GARNP | $125.15 | $1,183.67 |
| TOTAL DEDUCTIONS | $125.15 | $1,183.67 |

NET PAY: $375.46

TRC
11460 JOHNS CREEK PARKWAY
DULUTH, GA 30097

| EMPLOYEE | CHECK/VOUCHER | |
|---|---|---|
| Carl Cross<br>970 WINDY HILL RD<br>APT 16A<br>SMRYNA, GA 300800000 | Check #: | DD0000000000000232021 |
| | Check Date: | 3/22/2022 |
| | Period Ending: | 3/20/2022 |

| TAX WITHHOLDING DETAILS | | | |
|---|---|---|---|
| Fed Filing Status: | HOH | State Filing Status: | GA  SINGLE |
| Fed Allowance: | 0 | State Allowance: | 0 |
| Fed Addl. Amt: | $0.00 | State Addl. Amt: | ($1.00) |

| EARNINGS/REIMBURSEMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | WK ENDING | PAY CODE | TAXABLE | RATE | CURR HRS | CURR | YTD |
| REGULAR | 03/20/2022 | TREG | Y | $16.25 | 40.00 | $650.00 | $6,674.70 |
| No Bill Bonus | | NBBON | Y | $0.00 | 0.00 | $0.00 | $54.15 |
| HOLIDAY | | THOL | Y | $0.00 | 0.00 | $0.00 | $130.00 |
| OT | | TOT | Y | $0.00 | 0.00 | $0.00 | $438.84 |

| TAX WITHHOLDINGS | | |
|---|---|---|
| DESCRIPTION | CURR | YTD |
| FEDERAL | $47.44 | $494.30 |
| FICA OASDI | $40.30 | $452.46 |
| FICA MED | $9.43 | $105.82 |
| STATE GA | $0.00 | $0.00 |
| TOTAL WITHHOLDINGS | $97.17 | $1,052.58 |

| DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURR | YTD |
| GARNP | $138.21 | $1,321.88 |
| TOTAL DEDUCTIONS | $138.21 | $1,321.88 |

NET PAY:  $414.62